# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0854
_____

DEANDREA JAMONLEE BLOUNT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Amy P. Brodersen, Judge.

May 8, 2026

PER CURIAM.

AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Dixon, Assistant Public Defender, Tallahassee, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.